DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**OMAR F. GUERRA JOHANSSON,**
Appellant,

v.

**JULIET E. JOHANSSON,**
Appellee.

No. 4D19-2612

[July 2, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Frank Ledee, Judge; L.T. Case No. FMCE 17-001587.

Omar F. Guerra Johansson, Dania Beach, pro se.

Juliet Johansson, Fort Lauderdale, pro se.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***